App. Div.]                Second Department, November, 1922.

BORRIS L. FEINBLATT, Appellant, v. MOUNT VERNON PLAYHOUSE, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

ROBERT LEFFERTS, as Executor, etc., and Another, Respondents, v. FREDERICK C. SOLZ and Another, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

JAMES J. O'BRIEN, Appellant, v. ACADEMY ASTORIA CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

MAX RUSET and Others, Appellants, v. DAVID KRAMER, Respondent.— Final order of the County Court of Kings county in summary proceedings reversed on the facts, with costs, and the landlords awarded possession of the premises as prayed for in the petition, with appropriate costs in the court below; and case remitted to said court, with directions to issue a warrant to put the landlords in possession. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

WILLIAM SMITH, Respondent, v. EASTERN LOADING CORPORATION, Appellant.— Judgment and order reversed on the law and facts, and complaint unanimously dismissed, with costs, upon the ground that the plaintiff wholly failed to establish any actionable negligence on the part of the defendant, and that plaintiff also failed to show that he himself was free from contributory negligence. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

YETTA SUSSKIND, Agent for Landlords, Respondent, v. JACOB M. STRIER, Appellant.— Order of the Appellate Term reversing the final order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOHN A. SUTTER, Respondent, v. AUGUST NENNINGER, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

HORACE TURNER, Respondent, v. CHARLES O. LACROIX, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

AMERICAN SMOKE SHOPS, INC., Respondent, v. SAMUEL E. HIRSCH and HERMAN HIRSCHBERG, Copartners, etc., Appellants.— Motion to dismiss appeal denied on condition that appellants pay ten dollars costs, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MOLLIE STAMILE D'ELIZA, Appellant, v. MARIA LOUISE RITONDO and Others, Respondents.—Motion to resettle order denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

S. CHARLES HANNA, INC., Appellant, v. JOHN FITZGERALD and Others, Respondents.— Motion to extend appellant's time to serve and file case on appeal granted, on condition that within five days appellant pay ten dollars costs, and the further condition that the case be noticed for and argued at the January term, 1923; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.